IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SEBASTIAN MINING, LLC; and MISSISSIPPI
MINERALS, INC.                                                                                    PLAINTIFFS

v.                                          Case No. 2:13-CV-02199

CRAIG K. JACKSON; PICKAXE NATURAL
RESOURCES MANAGEMENT, LLC; SOUTH
CENTRAL COAL COMPANY, INC.; and
GEORGES COLLIERS, INC.                                                                DEFENDANTS

## ORDER

All parties to this action have filed a joint stipulation (Doc. 10) to arbitrate and stay proceedings. In accordance with that stipulation, and upon due consideration, IT IS ORDERED that:

- This case and all associated proceedings and deadlines, including discovery served prior to this Order, are STAYED until further notice from the Court in order for Plaintiffs and Defendants to proceed to arbitration.

- The parties shall file a stipulation of dismissal or status report in this matter <u>on or before November 8, 2013</u>.

IT IS SO ORDERED this 6th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE